Official Form 417A (12/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:
85 Flatbush RHO Mezz LLC, et al.
                Debtors.

_____

Chapter 11 Case No. 20-23280 (SHL)
(jointly administered)

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Hotel, LLC and 85 Flatbush RHO Residential LLC, Debtors

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   [For appeals in a bankruptcy case and not in an] adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Findings of Fact, Conclusions of Law, and Order Confirming TH Holdco LLC's Second Amended Chapter 11 Plan, As Modified by This Order, ECF Doc. 280

2. State the date on which the judgment, order, or decree was entered: July 6, 2022

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Debtors     Attorney: Leech Tishman Robinson Brog PLLC
                                                      875 Third Avenue, 9th Floor
                                                      New York, New York 10022
                                                      Attn: A. Mitchell Greene

2. Party: TH Holdco LLC     Attorney: Dentons US LLP
                                                      1221 Avenue of the Americas
                                                      New York, New York 10020
                                                      Attn: Lauren Macksoud and Sarah Schrag

                                                      Dentons US LLP
                                                      233 S. Wacker Drive
                                                      Suite 5900
                                                      Chicago, IL 60606
                                                      Attn: Robert Richards

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court.  If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below.  Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____   Date: 7/19/2022
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
A. Mitchell Greene, Esq.
Leech Tishman Robinson Brog PLLC
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:**  If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]