**LEECH TISHMAN ROBINSON BROG PLLC**
875 Third Avenue
New York, New York 10022
A. Mitchell Greene
*Attorneys for 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Hotel LLC and 85 Flatbush RHO Residential LLC, Appellants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

85 FLATBUSH RHO MEZZ LLC, *et al.*,[1]

Debtors.

-----------------------------------------------------------X

Chapter 11

Case No.: 20-23280 (SHL)

(Jointly Administered)

**APPELLANTS 85 FLATBUSH RHO MEZZ LLC, 85 FLATBUSH RHO HOTEL LLC AND 85 FLATBUSH RHO RESIDENTIAL LLC'S
STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF
ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

85 Flatbush RHO Mezz LLC ("**Mezz**"), 85 Flatbush RHO Hotel LLC ("**Hotel**") and 85 Flatbush RHO Residential LLC ("**Residential**" and with Mezz and Hotel, "**Appellants**" or "**Debtors**"), by their attorneys, Leech Tishman Robinson Brog PLLC, respectfully submit this statement of issues on appeal and designation of items to be included in record on appeal pursuant to Rule 8009(a)(1) of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") and Local Rule 8009-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York ("**Local Bankruptcy Rules**"), in connection with their July 20, 2022 Notice of Appeal ("**Appeal**") taken from the July 6, 2022 Findings of Fact, Conclusions of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 85 Flatbush RHO Mezz LLC. (6184); 85 Flatbush RHO Hotel LLC (5027); and 85 Flatbush RHO Residential LLC (2261).

Law, and Order Confirming TH Holdco LLC's Second Amended Chapter 11 Plan, as modified by this Order, entered by the United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**") (Docket No. 280) ("**Confirmation Order**").

As and for their Statement of Issues, Appellants state as follows:

## ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in overruling the Debtors' confirmation objection and entering the Confirmation Order without first holding a hearing to establish the value of the Debtors' 174-room boutique hotel known as the Tillary Hotel Brooklyn, a 64-unit luxury multi-family building and the parking garage located at 85 Flatbush Extension, Brooklyn, New York ("Property")?

2. Whether the Bankruptcy Court erred in overruling the Debtors' confirmation objection and entering the Confirmation Order without first holding hearing to determine the allowed amount of TH Holdco's secured claim?

3. Whether the Bankruptcy Court erred in entering the Confirmation Order without providing the Debtors with an opportunity to confirm their own plan of reorganization and considering the preferences of the Debtors' creditors and equity security holders in accordance with 11 U.S.C. § 1129(c)?

4. Whether the Bankruptcy Court erred in overruling the Debtors' confirmation objection and entering the Confirmation Order before a final adjudication of the adversary proceeding captioned: *In Re 85 Flatbush Mezz LLC v. TH Holdco LLC*, Adv. Proc. No. 22-07022 (SHL) ("Adversary Proceeding")?

5. Whether the Bankruptcy Court erred in overruling the Debtors' confirmation objection and entering the Confirmation Order finding that the TH Holdco plan was proposed with

honesty and good intentions and with a basis for expecting that a reorganization can be effected in "good faith" within the meaning of section 1129(a)(3) of the Bankruptcy Code without taking evidence on the issue and having not adjudicated the Adversary Proceeding claiming TH Holdco improperly acquired its senior secured claim in violation of its Intercreditor Agreement with the Mezzanine Lender ?

      6.      Whether the Bankruptcy Court erred in entering the Confirmation Order finding TH Holdco was a good faith purchaser under 363(m) of the Bankruptcy Code when it has not yet adjudicated the Adversary Proceeding, the bid deadline had not yet passed and the Bankruptcy Court did not take any evidence supporting the finding?

### DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

| ENTRY DATE | DOCKET NO. | DOCUMENT |
| --- | --- | --- |
| 7/20/2022 | 286 | Notice of Appeal filed by Arnold Mitchell Greene on behalf of 85 Flatbush RHO Hotel LLC, 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Residential LLC. |
| 7/20/2022 | 285 | Notice of Appeal filed by Michael Ryan Pinkston on behalf of 85 Flatbush Mezz LLC. |
| 7/15/2022 | 284 | Order Signed On 7/15/2022, Denying Debtors' Motion For Order Disqualifying TH Holdco LLC From Credit Bidding |
| 7/7/2022 | 282 | Transcript regarding Hearing Held on 06/30/22 at 11:39 A.M. RE: Hearing On Confirmation Of Chapter 11 Plan Of Th Holdco Llc Etc. |
| 7/7/2022 | 281 | Findings of Fact and Conclusions of Law - *Notice of Entry of Order Confirming Second Amended Chapter 11 Plan Filed By Creditor TH Holdco LLC Related To 85 Flatbush Rho Mezz, LLC, 85 Flatbush Rho Hotel LLC, and 85 Flatbush Rho Residential LLC* |
| 7/7/2022 | 280 | Finding Of Fact, Conclusions Of Law, And Order Signed On 7/6/2022, Confirming TH Holdco LLC's Second Amended Chapter 11 Plan, As Modified By This Order |
| 6/30/2022 | 277 | Declaration - *Supplemental Declaration of Daryl Hagler In Support of Debtors' Second Amended Chapter 11 Plan* |
| 6/29/2022 | 275 | Affidavit /*Reply to Opposition of TH Holdco LLC to the Mezzanine Lender's Objection to Confirmation* |
| 6/27/2022 | 268 | Second Amended Plan - *Purchase and Sale Agreement By and Between 85 Flatbush RHO Hotel LLC and 85 Flatbush RHO Residential LLC as Sellers, and TH Holdco LLC* |

| | | |
|---|---|---|
| 6/27/2022 | 267 | Declaration *of Franco Famularo In Response To (I) Debtors Motion For Order Pursuant To 11 U.S.C. §363(K) Disqualifying TH Holdco LLC From Credit Bidding and Granting Related Relief, (II) Debtors Second Amended Chapter 11 Plan of Reorganization, and (III) In Support of TH Holdcos Second Amended Plan* |
| 6/27/2022 | 266 | Objection to Motion *for Order Pursuant To 11 U.S.C. § 363(K) Disqualifying TH Holdco LLC From Credit Bidding And Granting Related Relief* |
| 6/27/2022 | 265 | Declaration *of Franco Famularo In Support of TH Holdco LLCs Request For Confirmation of Second Amended Chapter 11 Plan* |
| 6/27/2022 | 264 | Memorandum of Law *In Support Of Confirmation of TH Holdcos Plan and In Response To Objections To TH Holdcos Plan* |
| 6/24/2022 | 254 | Objection to Motion *TH Holdco LLC's Objection to Debtors' Motion Pursuant to Bankruptcy Rule 9006(c) for Order Shortening Notice on Debtors' Motion for Order (I) Preliminarily Approving Disclosure Statement and (II) Scheduling Hearing on the Debtors' Motion for an Order Approving Disclosure Statement and Confirming Debtors' Plan of Reorganization* |

4869-2056-1453, v. 3

| | | |
|---|---|---|
| 6/24/2022 | 253 | Notice of Hearing - *NOTICE OF HEARING ON (I) MOTION PURSUANT TO BANKRUPTCY RULE 9006(C) FOR ORDER SHORTENING NOTICE ON MOTION FOR ORDER (I) PRELIMINARILY APPROVING DISCLOSURE STATEMENT AND (II) SCHEDULING HEARING ON THE DEBTORS' MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTORS' PLAN OF REORGANIZATION AND (II) MOTION PURSUANT TO BANKRUPTCY RULE 9006(C) FOR ORDER SHORTENING NOTICE ON DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. SEC. 363(K) DISQUALIFYING TH HOLDCO LLC FROM CREDIT BIDDING AND GRANTING RELATED RELIEF* |
| 6/23/2022 | 252 | Certification of Ballots *TH Holdco LLC's Voting Record Certifying Acceptances and Rejections of TH Holdco LLC's Second Amended Plan* |
| 6/23/2022 | 244 | Motion to Shorten Time - *MOTION PURSUANT TO BANKRUPTCY RULE 9006(c) FOR ORDER SHORTENING NOTICE ON DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. SECTION 363(K) DISQUALIFYING TH HOLDCO LLC FROM CREDIT BIDDING AND GRANTING RELATED RELIEF* |

| | | |
|---|---|---|
| 6/23/2022 | 243 | Motion to Shorten Time - *MOTION PURSUANT TO BANKRUPTCY RULE 9006(c) FOR ORDER SHORTENING NOTICE ON DEBTORS' MOTION FOR ORDER (I) PRELIMINARILY APPROVING DISCLOSURE STATEMENT AND (II) SCHEDULING HEARING ON THE DEBTORS' MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTORS PLAN OF REORGANIZATION* |
| 6/23/2022 | 242 | Motion to Approve - *MOTION FOR ORDER (I) PRELIMINARILY APPROVING DISCLOSURE STATEMENT AND (II) SCHEDULING HEARING ON THE DEBTORS MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT AND CONFIRMING DEBTORS PLAN OF REORGANIZATION* |
| 6/23/2022 | 241 | Disclosure Statement - *DISCLOSURE STATEMENT FOR SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF 85 FLATBUSH RHO MEZZ, LLC, 85 FLATBUSH RHO HOTEL LLC AND 85 FLATBUSH RHO RESIDENTIAL LLC* |
| 6/23/2022 | 240 | Second Amended Plan - *SECOND AMENDED CHAPTER 11 PLAN OF REORGANIZATION OF 85 FLATBUSH RHO MEZZ, LLC, 85 FLATBUSH RHO HOTEL LLC AND 85 FLATBUSH RHO RESIDENTIAL LLC* |

| | | |
|---|---|---|
| 6/22/2022 | 232 | Motion to Disqualify - *DEBTORS' MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 363(K) DISQUALIFYING TH HOLDCO LLC FROM CREDIT BIDDING AND GRANTING RELATED RELIEF* |
| 6/22/2022 | 231 | Declaration - *DECLARATION OF DARYL HAGLER IN SUPPORT OF DEBTORS' OBJECTION TO CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN FILED BY CREDITOR TH HOLDCO LLC* |
| 6/22/2022 | 230 | Declaration - *DECLARATION OF JON DIPIERTA IN SUPPORT OF DEBTORS OBJECTION TO CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN FILED BY CREDITOR TH HOLDCO LLC* |
| 6/22/2022 | 229 | Objection - *DEBTORS' OBJECTION TO CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN FILED BY CREDITOR TH HOLDCO LLC* |
| 6/22/2022 | 228 | Objection *Limited Objection to Plan-New York City Department of Finance and Water Board* |
| 6/22/2022 | 227 | Objection to Confirmation of Amended Plan – 85 Flatbush Mezz LLC |
| 6/15/2022 | 224 | Chapter 11 Plan - *Notice Regarding Executory Contracts and Unexpired Leases To Be Rejected Pursuant To The Plan* |

| | | |
|---|---|---|
| 6/15/2022 | 223 | Chapter 11 Plan - *Notice of Filing of Plan Supplement For Second Amended Chapter 11 Plan Filed by Creditor TH Holdco LLC Related To 85 Flatbush RHO Mezz, LLC, 85 Flatbush RHO Hotel LLC, and 85 Flatbush RHO Residential LLC* |
| 5/31/2022 | 214 | Affidavit *of Publication For Notice of Bankruptcy Auction* |
| 5/26/2022 | 213 | Notice of Hearing */Notice of Entry of Order Granting TH Holdco LLCS Motion To Approve (I) The Adequacy of Information In The Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots, and (IV) Certain Dates With Respect Thereto* |
| 5/26/2022 | 212 | Second Amended Disclosure Statement filed by Lauren M. Macksoud on behalf of TH Holdco LLC |
| 5/26/2022 | 211 | Second Amended Plan *Filed By Creditor TH Holdco LLC Related To 85 Flatbush RHO Mezz, LLC, 85 Flatbush RHO Hotel LLC, and 85 Flatbush RHO Residential LLC* |
| 5/26/2022 | 210 | Order signed on 5/26/2022 Granting TH Holdco LLC's Motion to Approve (I) The adequacy of Information in the Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots, and (IV) Certain Dates with Respect Thereto. |

| Date | No. | Description |
|---|---|---|
| 5/26/2022 | 209 | Transcript regarding Hearing Held on 05/16/22 at 11:08 A.M. RE: Notice Of Hearing/Continued Hearing On Th Holdco Llcs Motion To Approve (I) The Adequacy Of Information In The Disclosure Statement, (Ii) Solicitation And Notice Procedures, (Iii) Forms Of Ballots And (Iv) Certain Dates With Respect Thereto |
| 5/13/2022 | 200 | Response */TH Holdco LLC'S Reply To The Debtors Objection and The Mezz Lenders Objection To TH Holdco LLC'S Second Amended Disclosure Statement* |
| 5/10/2022 | 199 | Objection to Disclosure Statement-85 Flatbush Mezz LLC |
| 5/9/2022 | 198 | Objection to Disclosure Statement on behalf of 85 Flatbush RHO Hotel LLC, 85 Flatbush RHO Mezz LLC, 85 Flatbush RHO Residential LLC. |
| 4/27/2022 | 196 | Notice of Hearing */Continued Hearing on TH Holdco LLC's Motion To Approve (I) The Adequacy of Information In The Disclosure Statement,(II) Solicitation and Notice Procedures, (III) Forms of Ballots, and (IV) Certain Dates With Respect Thereto* |
| 4/26/2022 | 195 | Notice of Hearing |
| 4/8/2022 | 186 | Transcript regarding Hearing Held on 04/06/22 at 10:35 A.M. RE: Motion To Approve/Th Holdco Llcs Motion To Approve (I) The Adequacy Of Information In The Disclosure Statement, (Ii) Solicitation And Notice Procedures, (Iii) Forms Of Ballots, (Iv) Certain Dates With Respect Thereto |

| | | |
|---|---|---|
| 4/4/2022 | 174 | Declaration *of Franco Famularo In Support of TH Holdco LLC'S Combined (A) Response To Objections To Motion To Approve (I) The Adequacy of Information In The Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots, and (IV) Certain Dates with Respect Thereto and (B) Objection To Debtors Disclosure Statement For Amended Plan of Reorganization* |
| 4/4/2022 | 173 | Response */TH Holdco LLC'S Combined (A) Response To Objections To Motion To Approve (I) The Adequacy of Information In The Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots, and (IV) Certain Dates with Respect Thereto and (B) Objection To Debtors Disclosure Statement For Amended Plan of Reorganization* |
| 3/30/2022 | 166 | Objection to Disclosure Statement *filed by Creditor TH Holdco LLC* |
| 3/24/2022 | 160 | Objection to Motion-85 Flatbush Mezz LLC |
| 3/23/2022 | 159 | Adversary case 22-07022. Complaint against TH Holdco LLC |
| 2/24/2022 | 158 | Motion to Approve */TH Holdco LLCs Motion To Approve (I) The Adequacy of Information In The Disclosure Statement, (II) Solicitation and Notice Procedures, (III) Forms of Ballots, and (IV) Certain Dates With Respect Thereto* |
| 2/20/2022 | 152 | Disclosure Statement (related document(s)151) filed by Lauren M. Macksoud on behalf of TH Holdco LLC. |
| 2/20/2022 | 151 | Chapter 11 Plan *By Creditor TH Holdco LLC Related To 85 Flatbush RHO Mezz, LLC, 85 Flatbush RHO Hotel LLC, And 85 Flatbush RHO Residential LLC* |
| 12/18/2020 | 1 | Chapter 11 Voluntary Petition: 85 Flatbush RHO Mezz LLC |

| 12/18/2020 | 1 | Chapter 11 Voluntary Petition: 85 Flatbush RHO Hotel Residential LLC, Case No. 20-23281 |
| --- | --- | --- |
| 12/18/2020 | 1 | Chapter 11 Voluntary Petition: 85 Flatbush RHO Residential LLC, Case No. 20-23282 |

**Dated:** New York, New York
August 3, 2022

**LEECH TISHMAN ROBINSON BROG PLLC**
Attorneys for Debtors/Appellants
875 Third Avenue, 9th Floor
New York, New York 10022
Tel. No.:  212-603-6300

By:  /s/ A. Mitchell Greene
    **A.  Mitchell Greene**

4869-2056-1453, v. 3